Raymond Budil by Edward Budil, appellee, v. City of Chicago, appellant. Gen. No. 26,055.

Action in behalf of a minor for damages for personal injuries resulting from contact with an electric light wire. Verdict and judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. William Fenimore Cooper, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opin-

ion filed October 4, 1921. *Certiorari* denied by Supreme Court (making opinion final).

Samuel A. Ettelson and William H. Devenish, for appellant; Robert H. Farrell, of counsel. George F. Mulligan and A. A. Pantelis, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Mr. Justice Barnes delivered the opinion of the court.